**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL ALVARADO, | Case No. SACV 14-1510 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED with instructions to the Commissioner to award benefits consistent with the Memorandum Decision and Order filed in connection with this Judgment.

DATED:  June 29, 2015

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE